UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80134-CIV-HURLEY

**FANE LOZMAN,**
    Plaintiff,

v.

**CITY OF RIVIERA BEACH,**
    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court and a jury, the Honorable Daniel T. K. Hurley, presiding, resulting in a jury verdict in favor of the defendant on December 16, 2014 [ECF 728].

The issues having been duly tried and the jury having duly rendered its verdict in this matter, it is now **ORDERED AND ADJUDGED**:

1. The plaintiff, **FANE LOZMAN**, shall take nothing by this action, and the defendant, **CITY OF RIVIERA BEACH**, shall go hence without day.

2. The court reserves jurisdiction to determine the issue of taxation of costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 18th day of December, 2014.

_____
Daniel T. K. Hurley
United States District Judge

cc:  all counsel
     Fane Lozman, *pro se*