UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 08-80134-CIV-Middlebrooks

FANE LOZMAN,

    Plaintiff,

vs.

CITY OF RIVIERA BEACH,

    Defendant.
_____/



FILED BY _____ D.C.

JAN 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ALLOW A CELL PHONE AND LAPTOP TO BE BROUGHT THROUGH THE PALM BEACH FEDERAL COURTHOUSE SECURITY

**THIS CAUSE** came before the Court on Plaintiff, Fane Lozman's Motion to Allow a Cell Phone and Laptop to Be Brought Through the Palm Beach Federal Courthouse Security for Use at Mediation Before Magistrate Judge William Matthewman on January 13, 2020, and All Future Court Proceedings in This Specific Case ("Motion").[1] The Court has carefully reviewed the Motion and is fully advised of the premises.

It is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 80] is **GRANTED IN PART.**

2. Fane Lozman shall be permitted to bring a cell phone and a laptop computer into the courthouse for the settlement conference before the undersigned on January 13, 2020, at 10:00 a.m.

---

[1] The Motion has been emailed to the undersigned's chambers, and has not yet been docketed by the Clerk. However, because the settlement conference is scheduled for today's date, the Court will rule on the Motion on an expedited basis.

3. The balance of the Motion is for consideration by the Honorable Donald M. Middlebrooks, United States District Judge, and not for consideration by the undersigned.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this 13th day of January, 2020.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge